1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA**

10 | JANE DOE, an individual,

No.  3:24-cv-08301  TSH

11 |                     Plaintiff,

**[PROPOSED] ORDER**

12 |                 v.

13 | G6 Hospitality, LLC; G6 Hospitality IP, LLC;
G6 Hospitality Property, LLC; G6 Hospitality
14 | Purchasing, LLC; G6 Hospitality Franchising,
LLC; Motel 6 Operating, LP; Civic Center
15 | Hospitality Group, LLC; Greenleaf Boutique
Collection, LLC; Shiv Partnership; USA SAI
16 | Hotel Investment, Inc.; Travel Inn Associates,
17 | L.P.; Jayesh Desai, an individual; and ROES 1-
200, inclusive,
18

19 |                     Defendants.

20

21         Having considered Plaintiffs' motion to proceed under pseudonym and good cause

22 being shown, Plaintiff's motion is hereby GRANTED.

23         **IT IS SO ORDERED.**

24 Dated: December 2, 2024

25                                                    Thomas S. Hixson
                                                     United States Magistrate Judge
26

1