1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>             Plaintiff,<br>    v.<br><br>G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Property, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; Civic Center Hospitality Group, LLC; Greenleaf Boutique Collection, LLC; Shiv Partnership; USA SAI Hotel Investment, Inc.; Travel Inn Associates, L.P.; Jayesh Desai, an individual; and ROES 1-200, inclusive,<br><br>             Defendants. | No.  3:24-cv-08301-AMO<br><br>**[PROPOSED]** **ORDER**<br>*As Modified by the Court* |

Upon consideration of Plaintiff Jane Doe's Administrative Motion to Continue Initial Deadlines under Civil Local Rule 7-11, and good cause having been shown:

**IT IS SO ORDERED.**

The new scheduling order is as follows:

1

ORDER
2:24-cv-08301

SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
619) 771-3473

| Case Management Event | Deadline |
|---|---|
| File Certification of Conflicts and Interested Entities or Persons. (See Civil L.R. 3-15) | Upon first appearance (supplement as necessary); **Plaintiff's certification is due by January 31, 2025** |
| Deadline to file ADR Certification. (See ADR L.R. 3) | 3/31/2025 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. (See F.R. Civ. P. 26(f)) | 3/31/2025 |
| Deadline to make initial disclosures. (See F.R. Civ. P. 26(a)(1)) | 4/14/2025 |

DATED: January 29, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

2

ORDER
2:24-CV-08301

SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
(619) 771-3473