1  Kathleen (Kate) Wallace, Bar No. 234949
   JONES DAY
2  100 High Street, 21st Floor
   Boston, Massachusetts 02110-1781
3  Telephone: +1.617.449-6893
   kwallace@jonesday.com
4
   Emily F. Knox, Bar No. 307035
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, California  94104
   Telephone:     +1.415.626.3939
7  Facsimile:      +1.415.875.5700
   egoldbergknox@jonesday.com
8
   Emily M. Akins (*Pro Hac Vice*)
9  JONES DAY
   110 N Wacker Drive, Suite 4800
10 Chicago, IL 60606
   Telephone: +1.312.269.4331
11 eakins@jonesday.com

12 Attorneys for Defendants
   G6 Hospitality LLC, G6 Hospitality IP LLC, G6
13 Hospitality Property LLC, G6 Hospitality Purchasing
   LLC, G6 Hospitality Franchising LLC and Motel 6
14 Operating LP

15

16                  **UNITED STATES DISTRICT COURT**

17                 **NORTHERN DISTRICT OF CALIFORNIA**

18

19 JANE DOE,                          | **Case No. 3:24-cv-08301-AMO**

20          Plaintiff,                | **[PROPOSED] ORDER GRANTING
                                        JOINT ADMINISTRATIVE MOTION
21      v.                             AND STIPULATION TO CONTINUE
                                        INITIAL DEADLINES AND APPEAR
22 G6 HOSPITALITY, LLC, et al.         BY ZOOM VIDEO FOR INITIAL
                                        CASE MANAGEMENT
23          Defendant.                 CONFERENCE *AS MODIFIED***

24                                      Judge:   Araceli Martínez-Olguín

25       Upon consideration of the Parties' Joint Administrative Motion and Stipulation to Continue

26 Initial Deadlines and Appear by Zoom Video for the Initial Case Management Conference under

27 Civil Local Rule 16-2, 7-11, and 7-12, and good cause having been shown:

28                                              [Proposed] Order Granting Joint
                                                Administrative Motion and Stipulation to
                                                Continue Initial Deadlines and Appear by
                                                Zoom for CMC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The new scheduling order is as follows:

| Case Management Event | Deadline |
|---|---|
| File Certification of Conflicts and Interested Entities or Persons. (See Civil L.R. 3-15) | Upon first appearance (supplement as necessary) |
| Deadline to make initial disclosures. (See F.R. Civ. P. 26(a)(1)) | 5/12/2025 |
| Deadline to submit Case Management Statement | 5/15/2025  **by 12:00 p.m.** |
| Deadline to hold Initial Case management Conference | 5/29/2025 |

Additionally, the parties request to appear by zoom video for the Initial Case Management Conference is **GRANTED.**

Dated:  April 3, 2025                    By:  _____
                                             Hon. Araceli Martínez-Olguín
                                             United States District Judge

[Proposed] Order Granting Joint
Administrative Motion and Stipulation to
Continue Initial Deadlines and Appear by
Zoom for CMC