**Thanks. UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, an individual,<br><br>     Plaintiff,<br>  v.<br><br>G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Property, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; Civic Center Hospitality Group, LLC; Greenleaf Boutique Collection, LLC; Shiv Partnership; USA SAI Hotel Investment, Inc.; Travel Inn Associates, L.P.; Jayesh Desai, an individual; and ROES 1-200, inclusive,<br><br>     Defendants. | No. 3:24-cv-08301-AMO [KAW]<br><br>**ORDER GRANTING JOINT MOTION TO VACATE HEARING ON PLAINTIFF'S MOTION FOR PROTECTIVE <u>AS MODIFIED</u>; ORDER <u>TERMINATING MOTION FOR PROTECTIVE ORDER AND RELATED REQUESTS TO APPEAR REMOTELY; ORDER REQUIRING THE PARTIES TO REFILE PROPOSED STIPULATED PROTECTIVE ORDER</u>**<br><br>**Dkt. Nos. 74, 89-93, 94** |

The Court, having considered Plaintiff Jane Doe and Defendants' Joint Motion to Vacate the Hearing on Plaintiff's Motion for Protective Order for Confidential Information and Disclosure of Plaintiff's Identity (the "Joint Motion), ~~and all other pleadings on file,~~ hereby ORDERS that the Joint Motion is GRANTED. <u>Additionally, Plaintiff's motion for protective order (Dkt. No. 74) is TERMINATED as moot.</u>

Accordingly, the hearing on August 21, 2025, at 1:30 PM is vacated. <u>All pending requests and to appear remotely for that hearing (Dkt. Nos. 89-93) are also TERMINATED as moot.</u>

<u>Finally, within three days of this order, the parties are ordered to refile the proposed stipulated protective order as its own docket entry and shall lodge a chambers copy that is in color, so that the Court may review the proposed deviations from the Model.</u>

IT IS SO ORDERED.

Dated: August 20, 2025

                   */s/ Kandis Westmore*
                   KANDIS A. WESTMORE
                   United States Magistrate Judge